# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with electronic mail account<br>"illinoispatriot@protonmail.com" | )<br>)<br>) Case No. 18-MJ- 7089<br>)<br>)<br>) |

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____Illinois_____
*(identify the person or describe the property to be searched and give its location)*:
Information associated with electronic mail account "illinoispatriot@protonmail.com," as set forth in Attachment A, which is attached hereto and specifically incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:
Information from the ProtonMail account "illinoispatriot@protonmail.com" being downloaded to computer media in possession of the Federal Bureau of Investigation located in the Central District of Illinois

I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:

Information associated with electronic mail account "illinoispatriot@protonmail.com," as set forth in Attachment B, which is attached hereto and specifically incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before __May 18/2018__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Eric I. Long_____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __May 4, 2018; 1:59 p.m.__

s/ Eric Long
*Judge's signature*

City and state: __Urbana, IL__    Eric I. Long, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 18-MJ-7089 | Date and time warrant executed: May 7, 2018 8:10am | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: William O'Sullivan

Inventory of the property taken and name of any person(s) seized:

45.27 MB of emails and attachments from Illinoispatriot@protonmail.com

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 25, 2018

s/ Joel Smith

_____
Executing officer's signature

Joel Smith / Special Agent
Printed name and title

# ATTACHMENT A

## PROPERTY TO BE SEARCHED

Information from the ProtonMail account "illinoispatriot@protonmail.com" downloaded to computer media in possession of the Federal Bureau of Investigation located in the Central District of Illinois (the "Subject Account Information").

# ATTACHMENT B

## ITEMS AND INFORMATION TO BE SEIZED

Any and all items and information from the ProtonMail account "illinoispatriot@protonmail.com" that relate to violations of Title 18, United States Code, Sections 844(i) (Arson and Attempted Arson), 844(h) (Use of an Explosive), 924(c) (Using a Destructive Device During a Violent Crime), 1951 (Conspiracy to Commit Robbery and Extortion), 922(o) (Possession of a Machinegun), 371 (Criminal Conspiracy), 241 (Conspiracy Against Rights), 247 (Damage to Religious Property), and 248 (Damage to a Reproductive Health Clinic), including, but not limited to:

a. Any information recording the account owner's schedule and travel from July 1, 2017, to the present;

b. Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

c. Evidence of potential future bombing targets and the motive for targeting those locations;

d. Evidence that communications described in this warrant were created, edited, or deleted;

e. Evidence of communications meant to obstruct law enforcement's investigation into the violations referenced above; and

f.  The identity of the person(s) who may have communicated with the ProtonMail account "illinoispatriot@protonmail.com" about matters relating to the violations referenced above, including records that help reveal their whereabouts.